UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SERGIO JAVIER CAMACHO-GOMEZ, § § Petitioner, § VS. § THE UNITED STATES OF AMERICA, § § Respondent. § § § | CIVIL ACTION NO. 5:18-CV-00032 CRIM. ACTION NO. 5:16-CR-01001 |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending that Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Dkt. 1) be denied. The parties have been duly noticed regarding the filing of objections, and the applicable fourteen-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Petitioner's motion (Dkt. 1) is DENIED. The Clerk of Court is directed to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 6th day of November, 2018.

_____
Diana Saldaña
United States District Judge